No. 00–860. CORRECTIONAL SERVICES CORP. v. MALESKO. C. A. 2d Cir. Motion of respondent for leave to proceed in forma

*pauperis* granted. Certiorari granted. ▮